3593

**MAHONEY & KEANE, LLP**
76 Beaver Street, 10th Floor
New York, New York 10005
(212) 385-1422

ECF Case

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KALAFRANA SHIPPING LTD,

         Plaintiff,

  - against -

         **RULE 7.1 CERTIFICATE**

SEA GULL SHIPPING CO., LTD, a/k/a Sea Gull
Shipping Co. SARL,

         Defendant.
-----------------------------------------------------------X


08 Civ. 5299

  PLEASE TAKE NOTICE that CHRISTOPHER H. MANSUY, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for Plaintiff KALAFRANA SHIPPING LTD certifies upon information and belief that there are no publicly held corporate parents, subsidiaries, or affiliates of KALAFRANA SHIPPING LTD.

Dated: New York, New York
   June 6, 2008

           MAHONEY & KEANE, LLP
           Attorneys for plaintiff
           KALAFRANA SHIPPING LTD

         By: _____
           CHRISTOPHER H. MANSUY
           76 Beaver Street, 10th Floor
           New York, New York 10005
           (2120 385-1422