UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KALAFRANA SHIPPING LTD.,

              Plaintiff,              08 CV 5299 (SAS)

   - against -

                                 **STIPULATION**

SEA GULL SHIPPING CO., LTD.

              Defendant.
-----------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff Kalafrana Shipping Ltd. and Defendant Sea Gull Shipping Co., Ltd. that the time of said Defendant to serve its Answer to Plaintiff's Complaint is hereby extended to and including July 25, 2008.

Date: New York, New York
      July 18, 2008

MAHONEY & KEANE, LLP            HOLLAND & KNIGHT LLP

_____          _____
Christopher H. Mansuy                Francesca Morris
Mahoney & Keane LLP               Harmony I. Loube
76 Beaver Street, 10th Floor         195 Broadway
New York, New York 10005         New York, New York 10007
212-385-1422                              212-513-3200

Attorney for Plaintiff                    Attorneys for Defendant
Kalafrana Shipping Ltd.              Sea Gull Shipping Co. Ltd.

SO ORDERED

_____   7/21/08
HON. SHIRA A. SCHEINDLIN