Francesca Morris
Harmony I. Loube
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
(212) 513-3200
E-mail: francesca.morris@hklaw.com
         harmony.loube@hklaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KALAFRANA SHIPPING LTD.,                   :
                                           :
                Plaintiff,                 :
                                           :
        - against -                        :
                                           :
SEA GULL SHIPPING CO., LTD.,               :        08 CV 5299 (SAS)
                                           :
                Defendant.                 :        **NOTICE OF APPEARANCE**
---------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

Please enter my appearance in accordance with Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims as counsel for SEA GULL SHIPPING CO., LTD. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
       July 23, 2008

                                        HOLLAND & KNIGHT LLP

                                        By: _____
                                            Harmony I. Loube

                                        195 Broadway
                                        New York, New York 10007-3189
                                        (212) 513-3200

                                        *Attorneys for Defendant*
                                        *Sea Gull Shipping Co. Ltd.*