Francesca Morris
Harmony I. Loube
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010
E-mail: francesca.morris@hklaw.com
        harmony.loube@hklaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALAFRANA SHIPPING LTD.,<br><br>                    Plaintiff,<br><br>-against-<br><br>SEA GULL SHIPPING CO. LTD.,<br><br>                    Defendant. | 08 Civ. 5299 (SAS)<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, Francesca Morris, attorney for Defendant Sea Gull Shipping Co. Ltd., ("Sea Gull"), having filed an initial pleading in the captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Seagull, is a private limited liability company. There are no publicly held corporations that own 10% or more of its stock.

Dated:    New York, New York
          July 25, 2008

                                        HOLLAND & KNIGHT LLP

                                By:     _____
                                        Francesca Morris
                                        Harmony I. Loube
                                        195 Broadway
                                        New York, NY 10007-3189
                                        Tel: (212) 513-3200 / Fax: (212) 385-9010
                                        *Attorneys for Defendant*
                                        *Sea Gull Shipping Co. Ltd.*