Francesca Morris
Harmony I. Loube
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
Tel:    (212) 513-3200
Fax:   (212) 385-9010
E-mail: francesca.morris@hklaw.com
         harmony.loube@hklaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALAFRANA SHIPPING LTD., <br><br> Plaintiff, <br><br> - against - <br><br> SEA GULL SHIPPING CO. LTD., <br><br> Defendant. | 08 Civ. 5299 (SAS) <br><br> **NOTICE OF MOTION <br> TO VACATE AND REDUCE <br> THE COURT'S MARITIME <br> <u>ATTACHMENT ORDER</u>** |

**PLEASE TAKE NOTICE THAT**, on the accompanying Affirmation of Francesca Morris in Support of Defendants' Motion to Vacate and Reduce Maritime Attachment, dated August 7, 2008, and accompanying memorandum of law the undersigned will move this Court before the Honorable Shira A. Scheindlin at the courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be determined by the Court, for an Order vacating, in part, and reducing the amount to be attached by the *Ex Parte* Order for Process of Maritime Attachment entered by this Court on or about June 10, 2008.

2

**PLEASE TAKE FURTHER NOTICE THAT**, by Order of the Court at the August 1, 2008 pre-trial and pre-motion conference, opposition papers, if any, are to be served not later than August 21, 2008 and reply papers are to be served not later than August 28, 2008.

Dated: New York, New York
      August 7, 2008

HOLLAND & KNIGHT LLP

By: *[signature]*
Francesca Morris
Harmony I. Loube
195 Broadway
New York, New York 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Defendant*
*Sea Gull Shipping Co. Ltd*

# 5163195_v1